IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
JOHN M. JENKINS,              )
                              )
           Plaintiff,         )         8:11CV266
                              )
      v.                      )
                              )
MICHAEL J. ASTRUE,            )         ORDER
Commissioner of the Social    )
Security Administration,      )
                              )
           Defendant.         )
_____)
```

This matter is before the Court on plaintiff's motion for extension of time (Filing No. 18).  The Court finds the motion should be granted.  Accordingly,

IT IS ORDERED that the motion is granted; plaintiff shall have until December 27, 2011, to file his brief.  Defendant shall have until January 27, 2012, to file his brief.

DATED this 22nd day of November, 2011.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court