IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JOHN M. JENKINS, | ) | |
| | ) | |
| Plaintiff, | ) | 8:11CV266 |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL J. ASTRUE, | ) | ORDER |
| Commissioner of the Social | ) | |
| Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the brief in support of attorney fees under Equal Access to Justice for authorization of an award of attorney's fees pursuant to 42 U.S.C. § 2412(d) (Filing No. 25), with the declaration (Filing No. 26). Defendant Commissioner of the Social Security Administration filed a response to the request and states the parties have agreed to an award of $6,500.00. Accordingly,

IT IS ORDERED:

1)  Plaintiff is awarded attorney fees in the amount of $6,500.00.

2) Plaintiff is awarded reimbursement of the filing fee of $350.00 from the judgment fund administered by the Department of the Treasury.

DATED this 6th day of June, 2012.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court