IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
JOHN M. JENKINS,               )
                               )
            Plaintiff,         )          8:11CV266
                               )
     v.                        )
                               )
MICHAEL J. ASTRUE,             )          ORDER
Commissioner of the Social     )
Security Administration,       )
                               )
            Defendant.         )
_____)
```

This matter is before the Court on plaintiff's motion for attorney fees under 42 U.S.C. § 406(b) (Filing No. 31), and defendant's response to plaintiff's motion for fees under 42 U.S.C. § 406(b) (Filing No. 33). Defendant agrees that plaintiff's counsel should receive $9,850.50 in attorney fees and that $6,500.00 previously received should be refunded to plaintiff. The Court finds the fee is reasonable for the work performed. Accordingly,

IT IS ORDERED:

1) Pursuant to 42 U.S.C. § 406(b), plaintiff's counsel is awarded attorney fees in the amount of $9,850.00.

2) Plaintiff's counsel shall refund $6,500.00 to plaintiff.

DATED this 17th day of September, 2012.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court